## 44698. JONES v. THE STATE.

EBERHARDT, Judge. Willie Hoyt Jones was convicted of voluntary manslaughter. His motion for new trial was overruled and he appeals. *Held:*

1. The general grounds are without merit.

2. It was not error to admit, as a part of the res gestae, a statement made by defendant's mother, who had witnessed the stabbing, made to a neighbor to whose house she had gone within a few minutes after the event, while in a highly nervous and excited condition, that "I am in trouble. Willie stabbed Bob. I don't know why." The Willie referred to was her son, the defendant, and the Bob referred to was the deceased, who had been stabbed with a butcher knife in a bedroom of her home and had died at the steps when leaving the house. *Code* § 38-305; *Hooks v. State,* 215 Ga. 869 (7, 8) (114 SE2d 6); *Conoway v. State,* 171 Ga. 782, 784 (156 SE 664); *Lampkin v. State,* 87 Ga. 516 (4) (13 SE 523).

3. Error is enumerated on the denial of a mistrial because of the admission over timely objection of evidence that the deceased had been a man of good character and that he had a good reputation in the community. A search reveals no such motion appearing in the record or transcript. Thus, whether a mistrial should have been declared cannot be passed upon by this court and this enumeration presents no question

for review. *Abrams v. State,* 223 Ga. 216, 225 (154 SE2d 443).

4. All other enumerations are deemed abandoned, since none of them is argued or supported by citation of authority in the brief.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

ARGUED SEPTEMBER 2, 1969—DECIDED SEPTEMBER 10, 1969.

*W. L. Gower, R. E. Llorens,* for appellant.

*Lewis R. Slaton, District Attorney, Tony H. Hight,* for appellee.